UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL SWIFT,                          )
                                        )
    Plaintiff,                         )
                                        )     No. 3:08mc00028
                                        )     Judge Trauger
DARON HALL, ET AL.,                     )
                                        )
    Defendants.                        )

### O R D E R

The court entered an Order on February 5, 2008 directing the plaintiff, who has three strikes under 28 U.S.C. § 1915(g), to pay the three hundred fifty dollar ($350.00) filing fee within thirty (30) days of the date of entry of that Order. (Docket Entry No. 3) The plaintiff has neither paid the filing fee, nor has he sought an extension of time to do so. The time for the plaintiff to comply with the court's Order has now run.

The plaintiff has written two letters (Docket Entry No. 4-5) to the district court since the court's February 5 Order entered. Although not entirely clear, it appears from his letters that the plaintiff may not have received the court's original Order in this action. Accordingly, the Clerk is **DIRECTED** to send another copy of the Court's February 5 Order (Docket Entry No. 3) to the plaintiff. The plaintiff shall comply with the Court's February 5 Order not later than April 4, 2008.

It is so **ORDERED**.

                                            Aleta A. Trauger
                                            United States District Judge